FILED

SEP 2 6 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERAFIN ZAMBADA-ORTIZ,<br><br>    Defendant. | Case No.: 13-CR-3575-DMS<br><br>SUPERSEDING INFORMATION<br><br>Title 21, U.S.C., Sections 952, 960 and 963 – Conspiracy to Import Cocaine and Marijuana (Felony) |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including November 20, 2013, within the Southern District of California, and elsewhere, SERAFIN ZAMBADA-ORTIZ did knowingly and intentionally conspire with other persons to import 5 kilograms and more of cocaine, a Schedule II Controlled Substance, and 1000 kilograms and more of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952, 960 and 963.

LAURA E. DUFFY
United States Attorney

_____ 9/25/14 _____
DATED

_____
ADAM L. BRAVERMAN
Assistant United States Attorney